**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| THE CHAMBERLAIN GROUP, INC., Plaintiff, v. GMI HOLDINGS, INC., OVERHEAD DOOR CORPORATION, and RHINE ELECTRONIC CO., LTD, Defendants. | **FILED: JULY 3, 2008** <br> **08CV3806** <br> **JUDGE ZAGEL** <br> **MAGISTRATE JUDGE BROWN** <br> **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CHAMBERLAIN GROUP, INC., Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Karl R. Fink | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Karl R. Fink | |
| FIRM <br> Fitch, Even, Tabin & Flannery | |
| STREET ADDRESS <br> 120 S. LaSalle Street, Suite 1600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180508 | TELEPHONE NUMBER <br> 312.577.7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |