IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> GMI HOLDINGS, INC., <br> OVERHEAD DOOR CORPORATION, <br> and RHINE ELECTRONIC CO. LTD., <br><br> Defendants. | Civil Action No.: **FILED: JULY 3, 2008** <br> **08CV3806** <br> Judge: **JUDGE ZAGEL** <br> Magistrate Judge: **MAGISTRATE JUDGE BROWN** <br><br> **AEE** <br> **JURY TRIAL DEMANDED** |

### LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, Plaintiff, The Chamberlain Group, Inc., hereby provides notice of the information required by 35 U.S.C. § 290 with respect to the following patent asserted against Defendants in this action:

Patent upon Which Action Has Been Brought:   U.S. Patent No. 5,218,282

Name of Inventor:   Dean Duhame

Plaintiff:
THE CHAMBERLAIN GROUP, INC.
845 Larch Avenue
Elmhurst, Illinois 60126-1196

Defendants:
GMI HOLDINGS, INC.
22790 Lake Park Blvd.
Alliance, OH 44601

OVERHEAD DOOR CORPORATION
2501 State Highway 121
Building 2
Lewisville, TX 75022

RHINE ELECTRONIC CO., LTD.
No. 29, An He Road
Tan-Zi Shiang
Taichung County 427
Taiwan, R.O.C.

Date: July 3, 2008                               /s/ Karl R. Fink
                                              Karl R. Fink
                                              Shane Delsman
                                              FITCH, EVEN, TABIN & FLANNERY
                                              120 South LaSalle Street, Suite 1600
                                              Chicago, Illinois 60603
                                              Telephone: (312) 577-7000
                                              Facsimile: (312) 577-7007

                                              ***Attorneys for The Chamberlain Group, Inc.***

512817