IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP, INC., <br>     Plaintiff, <br> v. <br><br> GMI HOLDINGS, INC., <br> OVERHEAD DOOR CORPORATION, <br> and RHINE ELECTRONIC CO., LTD, <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: **FILED: JULY 3, 2008** <br>     **08CV3806** <br> Judge: **JUDGE ZAGEL** <br> Magistrate Judge: **MAGISTRATE JUDGE BROWN** <br><br>     **AEE** <br> **JURY TRIAL DEMANDED** |

**FINANCIAL DISCLOSURE PURSUANT TO F.R.C.P. 7.1 AND L.R. 3.2**

Pursuant to FRCP 7.1 and LR 3.2, the following disclosure is made on behalf of the plaintiff, The Chamberlain Group, Inc.:

1. The parent corporations of The Chamberlain Group, Inc. are Chamberlain Manufacturing Corporation and Duchossois Industries, Inc.

2. There are no publicly held corporations that own 10% or more of the stock of The Chamberlain Group, Inc.


Date: July 3, 2008        s/ Karl R. Fink
                                                     Karl R. Fink
                                                     Shane Delsman
                                                     FITCH, EVEN, TABIN & FLANNERY
                                                     120 South LaSalle Street, Suite 1600
                                                     Chicago, Illinois 60603
                                                     Telephone: (312) 577-7000
                                                     Facsimile: (312) 577-7007

                                                     ***Attorneys for The Chamberlain Group, Inc.***

512850